UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA MUNIZ,

           Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

           Defendant.

Case No. 25-cv-00695-NW

**JUDGMENT**

On March 9, 2026, the Court granted Defendant's motion for summary judgment and remanded the case for further proceedings. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant in accordance with that order. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 9, 2026

Noël Wise
United States District Judge